

Nadia M. Pervez, Esq.
Aneeba Rehman, Esq.

June 9, 2021

EDNY District Court

RE: Gallardo v. IEH Corporation et. al.
1:21-cv-03257

Dear Clerk of Court:

    Kindly process a refund for duplicate payment for the above referenced action. Attached are the two emails I received confirming payment. Thank you for your time and attention to this matter.

    Pervez & Rehman, P.C.

    /s/ Nadia M. Pervez
    By: Nadia M. Pervez

**APPROVED**
*By Augie at 12:59 pm, Jun 10, 2021*

# Please refund Tracking Id: BNYEDC-14550536



Nadia Pervez <npervez@pervezrehman.com>

# Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT
2 messages

---

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>　　　　　Wed, Jun 9, 2021 at 12:50 PM
Reply-To: Frank_Daley@nyed.uscourts.gov
To: info@pervezrehman.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

　Account Number: 3779012
　Court: NEW YORK EASTERN DISTRICT COURT
　Amount: $402.00
　Tracking Id: BNYEDC-14550536
　Approval Code: 127001
　Card Number: ************2005
　Date/Time: 06/09/2021 12:50:14 ET


　NOTE: This is an automated message. Please do not reply

---

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>　　　　　Wed, Jun 9, 2021 at 1:06 PM
Reply-To: Frank_Daley@nyed.uscourts.gov
To: info@pervezrehman.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

　Account Number: 3779012
　Court: NEW YORK EASTERN DISTRICT COURT
　Amount: $402.00
　Tracking Id: BNYEDC-14550617
　Approval Code: 184195
　Card Number: ************2005
　Date/Time: 06/09/2021 01:06:29 ET
[Quoted text hidden]