UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARINA GALLARDO,

                                                                           **Case No.:** 1:21-cv-3257 (LDH) (RML)

                            Plaintiff,

      -against-

IEH CORPORATION, WILLIAM CRAIG, and
KARI GRAHAM,

                            Defendants.
-------------------------------------------------------------------X

## **NOTICE OF APPEARANCE OF EMANUEL KATAEV, ESQ. FOR DEFENDANTS**

      PLEASE TAKE NOTICE that Jamie S. Felsen, Esq. hereby appears as counsel for the Defendants in the above-captioned case.  I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
         June 15, 2021

                                          Respectfully submitted,

                                          **MILMAN LABUDA LAW GROUP PLLC**

                                          _____/s Jamie S. Felsen, Esq._____
                                          Jamie S. Felsen, Esq.
                                          3000 Marcus Avenue, Suite 3W8
                                          Lake Success, NY 11042-1073
                                          (516) 328-8899 (office)
                                          (516) 303-1391 (direct dial)
                                          (516) 328-0082 (facsimile)
                                          jamiefelsen@mllaborlaw.com