UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARINA GALLARDO,

                                Plaintiff,

    -against-

IEH CORPORATION, WILLIAM CRAIG, and
KARI GRAHAM,

                                Defendants.

**Case No.:** 1:21-cv-3257 (LDH) (RML)

------------------------------------------------------------------X

## **NOTICE OF APPEARANCE OF EMANUEL KATAEV, ESQ. FOR DEFENDANTS**

PLEASE TAKE NOTICE that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case.  I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       June 15, 2021

                                      Respectfully submitted,

                                      **MILMAN LABUDA LAW GROUP PLLC**

                                      _____/s Emanuel Kataev, Esq._____
                                      Emanuel Kataev, Esq.
                                      3000 Marcus Avenue, Suite 3W8
                                      Lake Success, NY 11042-1073
                                      (516) 328-8899 (office)
                                      (516) 303-1395 (direct dial)
                                      (516) 328-0082 (facsimile)
                                      emanuel@mllaborlaw.com