UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARINA GALLARDO,

                        Plaintiff,                        **Docket No.: 21-CV-3257**

                        -against-

IEH CORPORATION, WILLIAM CRAIG,
and KARI GRAHAM

                        DEFENDANTS,

-------------------------------------------------------------------X

## NOTICE OF APPEARANCE

I am admitted to practice in this Court and am in good standing.  I appear in this case as counsel for Plaintiff CARINA GALLARDO ("GALLARDO") in the above captioned action.

Dated: Melville, New York
        August 31, 2021

                                                          /s/
                                          Aneeba Rehman, Esq. (AR-6404)
                                          Pervez & Rehman, P.C.
                                          *Attorneys for the Plaintiff*
                                          68 South Service Road
                                          Suite 100
                                          Melville, NY 11747
                                          (o) (631) 427-0700
                                          (f) (631) 824-9020